# Third District Court of Appeal

## State of Florida

Opinion filed April 9, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1323
Lower Tribunal No. F18-16083
_____

**Juan Matta,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Cristina Miranda, Judge.

Juan Matta, in proper person.

James Uthmeier, Attorney General, and Haccord J. Curry, Assistant Attorney General, for appellee.

Before LINDSEY, MILLER, and GORDO, JJ.

PER CURIAM.

Affirmed.  See Regan v. State, 787 So. 2d 265 (Fla. 1st DCA 2001);

Kokal v. State, 901 So. 2d 766 (Fla. 2005).